```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ROBERT WELLS,                                                      :
:
Plaintiff,          :
:                          20-cv-10861 (LJL)
-v-                                          :
:                          ORDER OF SERVICE AND
SOCIAL SECURITY ADMINISTRATION,                                    :          SCHEDULING ORDER
:
Defendant.          :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this pro se case, brought under 42 U.S.C. § 405(g), for which the filing fee has been waived.

      In accordance with the Standing Order "Motions for Judgment on the Pleadings in Social Security Cases," 16-MC-0171 (Apr. 20, 2016):

      Within 90 days of the date of this Order, the Commissioner must serve and file the Electronic Certified Administrative Record (e-CAR), which will constitute the Commissioner's answer, or otherwise move against the complaint.

      If the Commissioner wishes to file a motion for judgment on the pleadings, the Commissioner must do so within 60 days of the date on which the e-CAR was filed. The motion must contain a full recitation of the relevant facts and a full description of the underlying administrative proceeding.

      Plaintiff must file an answering brief within 60 days of the filing of the Commissioner's motion. The Commissioner may file a reply within 21 days thereafter.

      SO ORDERED.

Dated: January 3, 2021
      New York, New York                                    _____
                                                                     LEWIS J. LIMAN
                                                                 United States District Judge