```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT WELLS,

                Plaintiff,

      -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

20-cv-10861 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      Defendant has requested an extension of time to file the administrative record. Dkt. No. 8. Defendant's request is GRANTED. Defendant shall file the administrative by June 4, 2021.

      The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff and to close the motion at Dkt. No. 8.

      SO ORDERED.

Dated: April 8, 2021
       New York, New York

                                            LEWIS J. LIMAN
                                        United States District Judge