UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
ROBERT WELLS,

                 Plaintiff,

      -v-

SOCIAL SECURITY ADMINISTRATION,

                 Defendant.

------------------------------------------------------------------X

20-cv-10861 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Government requests a 60-day extension to the deadline for filing the administrative record. The current deadline is June 4, 2021. The motion was filed June 2, 2021. Pro se Plaintiff opposes the request noting that his health is getting worse. The Government's motion is GRANTED in part and DENIED in part. The Government shall have until July 6, 2021 to file the record. No further extensions will be granted. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: June 3, 2021
       New York, New York

                                        LEWIS J. LIMAN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2021