```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ROBERT WELLS,                                                  :
                                                               :
                          Plaintiff,                           :
                                                               :     20-cv-10861 (LJL)
            -v-                                                :
                                                               :         ORDER
SOCIAL SECURITY ADMINISTRATION,                                :
                                                               :
                          Defendant.                           :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2021

LEWIS J. LIMAN, United States District Judge:

     Defendant filed the administrative record in this case on July 6, 2021. In accordance with the Standing Order in re: Motions for Judgment on the Pleadings in Social Security Cases, Dkt. No. 3, Defendant's motion for judgment on the pleadings was due sixty days later, on September 4, 2021. No motion has been filed. Defendant is ORDERED to file its motion with the Court by September 10, 2021.

     SO ORDERED.

Dated: September 8, 2021
       New York, New York

                                                   LEWIS J. LIMAN
                                       United States District Judge