

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

September 8, 2021

> Defendant's request is GRANTED IN PART.  The deadline for Defendant to file its motion for judgment on the pleadings is extended until October 4, 2021.  The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge     9/8/2021

BY ECF

Honorable Lewis J. Liman
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:  <u>Robert Wells v. Comm'r of Soc. Sec.</u>
            20 Civ. 10861 (LJL)

Dear Judge Liman:

      Pursuant to the schedule in this Social Security case, the defendant's brief was due in this case by September 7, 2021.  We write respectfully to request that the time to file the brief be adjourned *nunc pro tunc* for six weeks, to October 19, 2021.  The reason for this request is the death of a family member two weeks ago, and the flooding of my home last week as a result of hurricane Ida.  We have attempted to obtain the consent of plaintiff, who is proceeding *pro se*, to this proposed adjournment, but he did not consent, stating that he did not wish to delay this case further.  No prior adjournment of the date for the defendant's brief has been requested, but two adjournments of the time to file the administrative record were granted.  We appreciate the Court's consideration of this request.

                          Respectfully,

                          AUDREY STRAUSS
                          United States Attorney

          By:      <u>s/ *Susan D. Baird*</u>
                SUSAN D. BAIRD
                Assistant United States Attorney
                tel. (212) 637-2713
                Susan.Baird@usdoj.gov

cc: <u>By Mail (no email or fax available)</u>

Robert Wells
26 Charnwood Drive
Montebello, NY 10901