```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT WELLS                                          :
                                                      :       ORDER
                  Plaintiffs,
                                                      :       20 Civ. 10861  (GWG)
      -v.-
                                                      :
SOCIAL SECURITY ADMINISTRATION
                                                      :
                  Defendants.                         :
------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

  The Government has filed a motion dated September 24, 2021, that asks this Court to uphold the decision of the Social Security Administration denying benefits. The Court's Scheduling Order (dated January 3, 2021) required plaintiff to file any opposition within 60 days, or November 24, 2021.  The only filing by the plaintiff since that time is a letter dated January 21, 2022, in which plaintiff expresses his frustration with delays in this case. But this letter does not contain any arguments as to why the Commissioner's position in its motion is incorrect.

  Accordingly, the Court hereby grants plaintiff an extension to file his opposition until February 8, 2022. Also, if plaintiff believes that the Commissioner has not accurately summarized the administrative record (on pages 2-11 of the memorandum of law dated September 24, 2021), the plaintiff is required to list any errors or omissions in the opposition papers, giving citation to the page of the administrative record.

  Plaintiff may file the opposition by email by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov . In the alternative, the response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007. If plaintiff files opposition, any reply by the Government shall be due 14 days thereafter.

  The Clerk is requested to mail a copy of this Order to plaintiff.

SO ORDERED.

Dated: January 21, 2022
   New York, New York

                 _____
                 GABRIEL W. GORENSTEIN
                 United States Magistrate Judge