**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT WELLS,

                Plaintiff,

   -against-                                    20 **CIVIL** 10861 (GWG)

                                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 1, 2022, the Commissioner's motion for judgment on the pleadings is granted.

**Dated:**  New York, New York

       September 2, 2022

                                                        **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                                  **BY:**        *K. Mango*

                                                           **Deputy Clerk**